1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7               EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,

10              Plaintiff,        CR. NO. S-09-0334 EJG

11        v.                      ORDER DIRECTING RELEASE OF
                                  CRIMINAL FILE
12  BRETT HARTMAN,

13              Defendant.
   _____/

14

15      Defendant, a federal prisoner proceeding pro se, has filed a

16  motion to compel release of his criminal file from his trial

17  counsel, Assistant Federal Defender Douglas Beevers.  Defendant

18  states that he wants to file a post-conviction motion, is aware

19  the one year time limit in which to file such a motion is

20  approaching, and is in need of information within his criminal

21  file to prepare his motion.  He attaches correspondence showing

22  previous attempts to obtain his file from his former counsel.

23      Review of the file reveals that defendant pled guilty

24  September 10, 2010 to a three-count Superseding Indictment

25  charging him with theft of government property, mail fraud, and

26                              1

forging and counterfeiting postage meter stamps.  His pleas were
entered without a plea agreement and he did not waive his right
to file a post-conviction motion.  Defendant was sentenced
January 28, 2011, and judgment was entered on the docket February
3, 2011, thus he has until February 2, 2012 in which to timely
file a motion pursuant to 28 U.S.C. § 2255.  Accordingly,
defendant's motion to compel release of his criminal file is
GRANTED.  Assistant Federal Defendant Douglas Beevers is directed
to facilitate the release of defendant's criminal file within 14
days from the date of this order.

IT IS SO ORDERED.

Dated: October 20, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT